UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-　　　　　　　　　　　　　　　ORDER

    　　　　　　　　　　　　　　　　　　　Docket No. 11 CR 01040 (KMK)

Deshawn Lewis,

    　　　　　　Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

Francis O'Reilly, Esq., is to assume representation of the defendant in the above captioned matter nunc pro tunc as of September 14, 2020. Mr. O'Reilly is appointed pursuant to the Criminal Justice Act. His address is O'Reilly and Shaw, 41 Unquowa Place, Fairfield, CT 06824, phone number (203) 913-4608; Email: Attflor@aol.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       October 12, 2020