# O'REILLY & SHAW, L.L.C.

**MEMO ENDORSED**

———————————— ATTORNEYS AT LAW ————————————

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

December 3, 2020

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Deshawn Lewis
      DK#7:22CR1040(KMK)

Dear Judge Karas:

I am writing to request a sixty day adjournment of the violation of supervised release hearing in the above referenced matter. As you know, Mr. Lewis has a state case pending and this state case has still not resolved. Mr. Lewis has informed the undersigned there may be a resolution in this state case shortly, so the undersigned is asking for the adjournment to allow these discussions to continue. Additionally, the undersigned asks that all of the current conditions of release remain in place. I have contacted Assistant United States Attorney Jeffrey Coffman and United States Probation Officer Florence Duggan and neither has an objection to this request.

Very truly yours,

Francis L. O'Reilly

*Granted. The Court will hold a teleconference on February 12, 2021 at 12:00*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
12/6/2020

www.oreillyandshaw.com