# O'REILLY & SHAW, L.L.C.

————————————————————ATTORNEYS AT LAW————————————————————

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

January 8, 2021

# MEMO ENDORSED

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains. NY 10601

Re:     United States v. Deshawn Lewis, DK#11cr1040

Dear Judge Karas:

Please accept this letter as a motion to modify the conditions of Mr. Lewis's release to allow him to attend a family funeral on Monday, January 11, 2021, between the hours of 9:00am and 2:00pm. Mr. Lewis informed the undersigned that this is a double funeral, in that his nephew died on January 4, 2021, from the Covid-19 virus, and his aunt died the following day from a stroke. The above described time frame will allow Mr. Lewis to attend the funeral which begins at 10:00am at the Vaninwegan-Kenny funeral Home located in Monticello, NY. There is also a family gathering after the funeral which is the basis for the request to be given to 2:00pm to return home. The undersigned has contacted USPO Florence Duggan, however, no response has yet been received from Ms. Duggan. The undersigned has also contacted Assistant United States Attorney Jeffrey Coffman and he responded that he has no objection to Mr. Lewis attending the Funeral, and he would defer to Probation's position regarding attending the after funeral family gathering. Wherefore the Defendant moves this Court to grant this motion to allow him to attend his Aunt's funeral today from 9:00am to 2:00pm. on Monday, January 11, 2021.

Very truly yours,

Francis L. O'Reilly

Granted.   Mr. Lewis needs to be home promptly by 2 pm.

So Ordered.

1/8/21