**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.

──────────── ATTORNEYS AT LAW ────────────

FRANCIS L. O'REILLY  
JANE FORD SHAW  
JUSTIN PUGH

41 UNQUOWA PLACE  
FAIRFIELD, CT 06824  
TEL: (203) 319-0707  
FAX: (203) 319-0128

February 10, 2021

Honorable Kenneth M. Karas  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

Re:  United States v. Deshawn Lewis  
     DK#7:11CR1040(KMK)

Dear Judge Karas:

I am writing to request an adjournment of the violation of supervised release hearing in the above referenced matter until late June 2021. As you know, Mr. Lewis has a state case pending and this state case has still not resolved. Mr. Lewis has informed the undersigned that due to the Covid-19 pandemic, this State case has been continued until June 17, 2021. The undersigned is requesting this lengthy adjournment to allow Mr. Lewis to resolve these state charges which form part of the basis for the violation of supervised release. Additionally, the undersigned asks that all of the current conditions of release remain in place. I have contacted Assistant United States Attorney Jeffrey Coffman and United States Probation Officer Florence Duggan and neither has an objection to this request.

Very truly yours,

Francis L. O'Reilly

*Granted. The Court will hold a conference on June 30, 2021 at 11:30 AM via telephone.*

SO ORDERED  
KENNETH M. KARAS U.S.D.J.  
2/11/2021

www.oreillyandshaw.com