# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

MEMO ENDORSED

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
TEL: (203) 913-4608
FAX: (203) 319-0128

April 19, 2023

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Deshawn Lewis DK#11CR1040

Dear Judge Karas,

I am writing to request a forty-five day adjournment of the status conference in the above referenced case currently scheduled for April 25, 2023. The basis for this request is that Mr. Lewis has a State of New Jersey case, the charges of which form the underlying conduct for the Violation of Supervised Release matter before this Court. The requested adjournment will allow the undersigned to gather additional information regarding the status of the criminal case pending in the State of New Jersey. Additionally, the undersigned is unavailable from May 19, 2023, through June 2, 2023. I have contacted Assistant United States Attorney Jeffrey Coffman, and he has no objection to this request, and I have also contacted USPO Florence Duggan, and she has no objection to this request. For all of the above reasons the undersigned respectfully requests an adjournment of the status conference for forty-five days.

Very truly yours,

Francis L. O'Reilly

Granted.

The conference is adjourned to
6/15/23, at 10:30

So Ordered.

4/19/23