# FRANCIS L. O'REILLY

*ATTORNEY AT LAW*

FRANCIS L. O'REILLY                                          1735 POST ROAD, SUITE 2C
FRANKOREILLY9@GMAIL.COM                                       FAIRFIELD, CT 06824
                                                             TEL: (203) 913-4608
                                                             FAX: (203) 319-0128

March 13, 2026

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:    United States v. Deshawn Lewis DK#11CR1040

Dear Judge Karas,

    I am writing to request a sixty day adjournment of the status conference in the above referenced case, currently scheduled for March 16, 2026. The basis for this request is that Mr. Lewis has a State of Pennsylvania case, the charges of which form the underlying conduct for the Violation of Supervised Release matter before this Court. The requested adjournment will allow the undersigned to gather additional information regarding the status of the criminal case pending in the State of Pennsylvania, as well as having discussions with the government to resolve this case. I have contacted Assistant United States Attorney Jeffrey Coffman, and he has no objection to this request. For all of the above reasons the undersigned respectfully requests an adjournment of the status conference for sixty days.

Very truly yours,                        Granted. The conference is
                                         adjourned to 5/ 11 /26, at 11:30

/s/Francis L. O'Reilly                   So Ordered.

Francis L. O'Reilly
                                         3/13/26